**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>THUYDUNG D HUYNH,<br><br>Debtor. | Case No.: 18-42558-MJH<br><br>NOTICE OF DEFAULT |

### **<u>NOTICE</u>**

You are hereby notified that pursuant to the Order on the Trustee's Motion to Dismiss requiring strict compliance entered on **May 10, 2019**, you are in default pursuant to the terms of that order. Trustee intends to submit an ex parte order dismissing the case for consideration by the Court on **October 7, 2019** unless the default is cured. Failure to cure the default identified in this notice by the above date may result in dismissal of the bankruptcy case *without further notice to you*. A copy of the strict compliance order is included with this notice.

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

NOTICE OF DEFAULT - 1

# **DEFAULT**

Pursuant to the Strict Compliance Order you were to timely make each plan payment that becomes due in the six months following entry of the strict compliance order.

According to the Trustee's records you have failed to make a full plan payment for June 2019, July 2019, August 2019 and September 2019 as required by the terms of the Strict Compliance Order. Please <u>immediately</u> remit payment to the following address:

> Chapter 13 Trustee
> PO Box 120
> Memphis, TN 38101-0746

If you do not cure the default within ten (10) days of the mailing date of this notice your case may be dismissed without further notice to you.

**DATED** this 23rd day of September, 2019 at Tacoma, Washington.

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE OF DEFAULT - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600