THE HONORABLE MARY JO HESTON
CHAPTER 13

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 18-42558-MJH |
| THUYDUNG D HUYNH, | NOTICE OF DEFAULT |
| Debtor. | |

## **NOTICE**

You are hereby notified that pursuant to the Order on the Trustee's Motion to Dismiss requiring strict compliance entered on **May 10, 2019**, you are in default pursuant to the terms of that order. Trustee intends to submit an ex parte order dismissing the case for consideration by the Court on **December 31, 2019** unless the default is cured. Failure to cure the default identified in this notice by the above date may result in dismissal of the bankruptcy case *without further notice to you*. A copy of the strict compliance order is included with this notice.

NOTICE OF DEFAULT - 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

# **DEFAULT**

Pursuant to the Strict Compliance Order you were to make each monthly plan payment that becomes due in the six months following entry of the order.

According to the Trustee's records you have failed to make a full plan payment for October, November and December 2019, as required by the terms of the Strict Compliance Order. Please <u>immediately</u> remit payment to the following address:

>Chapter 13 Trustee
>PO Box 120
>Memphis, TN 38101-0746

If you do not cure the default within ten (10) days of the mailing date of this notice your case may be dismissed without further notice to you.

**DATED** this 20th day of December, 2019 at Tacoma, Washington.

_____
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

NOTICE OF DEFAULT - 2

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600