**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT TACOMA**

| | |
|---|---|
| In re:<br><br>THUYDUNG D. HUYNH<br><br>    Debtor(s) | Chapter 13 Bankruptcy<br>No. 18-42558-MJH<br><br>ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTOR(S) |

**IT IS HEREBY ORDERED** that ELLEN ANN BROWN is allowed to withdraw as

Debtor(s) counsel, effective immediately.

///end of order///

Presented By:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB27992
Attorney for Debtor(s)

**ORDER ON MOTION TO WITHDRAW AS ATTORNEY FOR DEBTORS**

**BROWN and SEELYE**
Attorneys at Law
1700 Cooper Point Rd SW #C5
Olympia, WA 98502
253.573.1958
Fax 866-422-6196